NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent, *v.* FRANK H. COYNE, as Trustee, Appellant, Impleaded with Others.

Submitted September 30, 1940; decided October 9, 1940.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing the order " is affirmed without costs." (See 283 N. Y. 615.)